# REGISTER OF ACTIONS
## CASE NO. D-202-CV-2013-08946

| | | |
|---|---|---|
| Terry McDaniel, et. al., v. Francisco Javier Mendez Loya, et. al. | § § § § § § | Case Type: **Other**<br>Date Filed: **11/08/2013**<br>Location: **Bernalillo County**<br>Judicial Officer: **Bacon, C. Shannon** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **3rd Party Defendant** | Saucedo, Armando Gaytan | |
| **3rd Party Plaintiff** | Mendez Loya, Francisco Javier | Colbert N. Coldwell<br>*Retained*<br>915-544-6646(W) |
| **Defendant** | McDaniel, Terry | |
| **Defendant** | Mendez Loya, Francisco Javier *Doing Business As* Translogistica Menlo | Colbert N. Coldwell<br>*Retained*<br>915-544-6646(W) |
| **Defendant** | Red Rock Risk Rentention Group Inc | |
| **Defendant** | Saucedo, Armando Gaytan | |
| **Plaintiff** | Cowan, Vanessa | Bruce Evan Thompson<br>*Retained*<br>000-343-1776(H) |
| **Plaintiff** | McDaniel, Terry | Bruce Evan Thompson<br>*Retained*<br>000-343-1776(H) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | | |
|---|---|---|---|---|
| 11/08/2013 | **Cause Of Actions**<br>Action Type | Declaratory Relief<br>Action | | |
| 11/08/2013 | **Cause Of Actions**<br>Action Type | Other Damages<br>Action | | |
| 11/08/2013 | **OPN: COMPLAINT**<br>*Complaint for Declaratory Judgment and Damages* | | | |
| 11/08/2013 | **ARB: CERT NOT SUBJECT** | | | |
| 11/12/2013 | **Summons** | | | |
| | Mendez Loya, Francisco Javier | Served<br>Response Received<br>Returned | 03/21/2014<br>04/10/2014<br>04/01/2014 | |
| | Saucedo, Armando Gaytan<br>Red Rock Risk Rentention Group Inc<br>McDaniel, Terry | Unserved<br>Unserved<br>Unserved | | |
| 03/31/2014 | **CERTIFICATE OF SERVICE**<br>*Served DF by mail on 3/22/14, Summons and Complaint* | | | |
| 04/01/2014 | **CERTIFICATE OF SERVICE**<br>*Complaint and Summons were served on Defendant on 3/21/14 via certified mail. Accepted by Betty Sheppard.* | | | |
| 04/10/2014 | **ENTRY OF APPEARANCE** | | | |
| 04/10/2014 | **ANSWER**<br>*Original Answer of Francisco Javier Mendez Loya* | | | |
| 04/21/2014 | **Cause Of Actions**<br>Action Type | Other Damages (3rd Party Complaint)<br>Additional Action | | |
| 04/21/2014 | **THIRD PARTY COMPLAINT**<br>*Third Party Complaint* | | | |
| 04/21/2014 | **ARB: CERT NOT SUBJECT** | | | |
| 05/02/2014 | **CERTIFICATE OF SERVICE**<br>*Notice of Service of Summons & Complaint 04/28/14* | | | |

# EXHIBIT A

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/8/2013 9:55:03 AM
GREGORY T. IRELAND

Andrea Salas

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL, and
VANESSA COWAN,

       Plaintiffs,

v.                          D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

       Defendants.

## COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

       PLAINTIFFS, TERRY MCDANIEL and VANESSA COWAN, through counsel of record below, for their causes of action against FRANCISCO JAVIER MENDEZ LOYA, d/b/a "Translogistica Menlo" (hereinafter, "Defendant Loya"), ARMANDO GAYTAN SAUCEDO (hereinafter, "Defendant Saucedo"), RED ROCK RISK RETENTION GROUP, INC. (hereinafter, "Defendant Red Rock"), and TERRY MCDANIEL (hereinafter, "Defendant McDaniel"), states:

### PARTIES

1.      Plaintiff McDaniel is a resident of Bernalillo County, New Mexico.

2.      Plaintiff Cowan is a resident of Bernalillo County, New Mexico.

3.      Upon information and belief, Defendant Loya is a business entity whose physical address is in Chihuahua, Mexico.

4.      Upon information and belief, Defendant Loya is registered with the United States Department of Transportation (USDOT) as a federal motor carrier, USDOT Number 1619021Z.

5.      Upon information and belief, Defendant Loya maintained a mailing address within the United States of 5721 E. Yandell, Suite C, El Paso, Texas, 79925.

6.      Upon information and belief, Defendant Saucedo is a resident of Juarez, Mexico.

7.      Upon information and belief, Defendant Red Rock is an out-of-state insurer.

8.      Defendant McDaniel is a resident of Bernalillo County, New Mexico.

### FACTS

9.      Upon information and belief, Defendant Saucedo was an employee of Defendant Loya at all material times.

10.     Upon information and belief, Defendant Loya did not have liability insurance in effect for the 1997 Kenworth involved in the collision.  **Exhibit 1.**

11.     On or about November 9, 2010, a collision or series of collisions occurred between two vehicles: (1) a 1997 Kenworth tractor trailer ("semi") operated by Defendant Saucedo and owned by Defendant Loya, and (2) a 2010 International tractor trailer ("semi") operated by Plaintiff McDaniel and owned by Swift Transportation. **Ex. 1.**

12.     The semis were each traveling Southbound. **Ex. 1.**

13.     The collision or series of collisions between the semis (hereinafter, "the wreck") occurred on I-25 at approximately mile marker 218, at approximately 11:50 p.m. **Ex. 1.**

14.     Upon information and belief, the 1997 Kenworth operated by Defendant Saucedo was "uninsured," as that term is defined by New Mexico law. **Ex. 1.**

15.     Upon information and belief, Defendant Saucedo was "uninsured," as that term is defined by New Mexico law. **Ex. 1.**

16.     Defendant Saucedo was an "uninsured motorist" as that term is defined by New

Mexico law.

17.     Upon information and belief, Defendant Red Rock was the insurer for the 2010 International owned by Swift at the time of the wreck, with $1,000,000 in liability limits.

18.     Upon information and belief, the Red Rock policy provides UM/UIM coverage in limits equal to the liability limits of the policy.

19.     The wreck was caused by the negligence and reckless conduct of Defendant Saucedo.

20.     Plaintiff McDaniel suffered serious bodily injury in the wreck.

21.     Plaintiff Cowan suffered serious bodily injury in the wreck.

22.     Defendant Saucedo's conduct in causing the wreck was intentional, willful, wanton, malicious, and otherwise in reckless disregard for the personal safety of Plaintiffs and others on the road. **Ex. 1.**

23.     Plaintiff Cowan alleges no specific claims against Defendant McDaniel, because Plaintiff Cowan does not believe Defendant McDaniel was negligent.

24.     Nevertheless, the investigating police officer attributed fault to Defendant McDaniel in a notation attributing "driver inattention" to Defendant McDaniel.  **Ex. 1.**

25.     In addition, Defendant Saucedo attributed fault to Defendant McDaniel in his statement to the investigating police officer. **Ex. 1.**

26.     Based on the notation and statement described in the police report, Plaintiff Cowan may ultimately have colorable claims for negligence against Defendant McDaniel.

27.     Because Plaintiff Cowan may have colorable claims for negligence against Defendant McDaniel, Defendant McDaniel is a properly named defendant in this action.

## COUNT 1.
## DAMAGES FOR PERSONAL INJURY

28.    Plaintiffs incorporate all allegations as though contained herein.

29.    Plaintiff Cowan seeks all available tort damages arising from her injuries against Defendant Saucedo and his employer, Defendant Loya.

30.    Plaintiff seeks punitive damages as determined by the trier of fact that are appropriate and necessary to punish Defendant Saucedo and Defendant Loya and to deter similar conduct by others in New Mexico.

## COUNT 2.
## DECLARATORY JUDGMENT

31.    Plaintiffs incorporate all allegations as though contained herein.

32.    This action for declaratory judgment is authorized by NMSA 1978, § 44-6-1 et seq., and governed by Rule 1-057 NMRA.

33.    There exists an actual controversy between Plaintiffs and Defendant Red Rock concerning the existence of UM/UIM coverage on the 2010 International semi.

34.    Plaintiffs respectfully ask the Court to declare that Defendant Saucedo was an "uninsured motorist" as that term is defined by New Mexico law.

35.    Plaintiffs respectfully ask the Court to declare that Defendant Red Rock insured the 2010 International semi in which Plaintiffs suffered bodily injury during the wreck.

36.    Plaintiffs respectfully ask the Court to declare that the Red Rock insurance policy does not comply with New Mexico's requirement to provide a meaningful offer of UM/UIM coverage in limits equal to the liability limits.

37.    Plaintiffs respectfully ask the Court to declare that the Red Rock policy includes

4

UM/UIM coverage in limits equal to the liability limits as a matter of law.

38.      Plaintiffs respectfully ask the Court to declare that Plaintiffs were each covered under the Red Rock insurance policy for UM/UIM coverage in limits equal to the liability limits.

## COUNT 3.
## UM/UIM BENEFITS

39.      Plaintiffs incorporate all allegations as though contained herein.

40.      Defendant Red Rock owed a duty under the Red Rock policy and under New Mexico law to pay Plaintiff McDaniel UM/UIM benefits in the total amount of his tort damages arising from bodily injury suffered in the wreck, both compensatory and punitive, up to the limits of liability under the Red Rock policy.

41.      Defendant Red Rock owed a duty under the Red Rock policy and under New Mexico law to pay Plaintiff Cowan UM/UIM benefits in the total amount of her tort damages arising from bodily injury suffered in the wreck, both compensatory and punitive, up to the limits of liability under the Red Rock policy.

42.      Plaintiffs demand full payment of their respective UM/UIM benefits, up to the limits of liability under the Red Rock policy.


WHEREFORE, Plaintiffs respectfully request that this Court grant all relief petitioned for above, including declaratory judgment, damages, punitive damages, attorney's fees, costs, pre- and post-judgment interest, and such other relief as this Court deems just and proper.

Respectfully Submitted,

**MARTINEZ HART & THOMPSON, P.C.**

/s/ Bruce E. Thompson
Bruce E. Thompson
Attorney for Plaintiffs
1801 Rio Grande Blvd NW
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 (fax)
brucet@osolawfirm.com

**STATE OF NEW MEXICO
UNIFORM CRASH REPORT**

## Bernalillo County Sheriff's Office
### REPORTING DEPARTMENT

| | | | | |
|---|---|---|---|---|
| ☐ ON PRIVATE PROPERTY | ☐ FATAL | ☐ PROPERTY DAMAGE ONLY | ☐ UNDER $500 | Case Number: 10-665462 |
| | ☒ INJURY | | ☐ $500 OR MORE | ☐ HIT AND RUN | NMDOT: 10392536 |

| DATE OF CRASH M/D/YR | MILITARY TIME | CITY OCCURRED IN | | COUNTY |
|---|---|---|---|---|
| 11/9/2010 | 2348 | 711 | | Bernalillo |

| SUN | M | Tu | W | Th | F | S | OCCURRED ON: (Route No. or Name) | | AT INTERSECTION WITH: | TRIBAL LAND? ☐ Yes ☒ No |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | I-25 At 218 | | | |

| OTHER LOCATION 218 | ☐ FEET ☐ MILES | N S E W ☒ | OF: | PERMANENT LANDMARK – COUNTY LINE – INTERSECTION – MILEPOST | LAT: LONG: |
|---|---|---|---|---|---|

| CRASH OCCURRED | ☒ On Roadway ☐ Off Roadway | CRASH CLASSIFICATION | ☐ Overturned ☐ Rollover | ☐ Other N-Col ☐ R.R. Train | ☐ Pedestrian ☐ Pedal Cyclist | ☒ Other Vehicle ☐ Animal | ☐ Vehicle on Other Rdwy ☐ Fixed Object | ☐ Parked Vehicle ☐ Other Object | ANALYSIS CODE: 8 |
|---|---|---|---|---|---|---|---|---|---|

### Vehicle No. 1

| VEHICLE NO. HEADED 1 | N S E W ☒ | On: I-25 | | Posted Speed 65 | Safe Speed 65 |
|---|---|---|---|---|---|

| Driver's Full Name | | Address | | |
|---|---|---|---|---|
| Saucedo, Armando | | 1844 Suecia Rd | | |

| Driver's License Number | State | Type | Restrictions | Expires | City/State | | Zip Code | Phone |
|---|---|---|---|---|---|---|---|---|
| CHIHL202026 | MX | A | 00 | 11/18/2019 | Juarez, MX | | | (915)256-4256 |

| Date of Birth – M/D/YR | Social Security Number | Occupation | | | | | Age | Sex (M/F) | Race | Injury Code | OP Code | DP Used Property | Airbag Deploy | Ejected | EMS# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/1956 | | | | | | | 54 | M | H | O | 3 | Y | N | N | |

| Seat Pos | Occupant's Name | Occupant's Address (City, State, Zip) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Vehicle Yr | Vehicle Make | Color | Body Style | Cargo Body Type | Vehicle Use (1) | Vehicle Use (2) | Towed? | Overall Vehicle Damage | Extent |
|---|---|---|---|---|---|---|---|---|---|
| 1997 | Kenworth | RED | TS | | | C | ☐ Yes ☒ No | ☐ Heavy ☐ Moderate ☒ Slight ☐ None | ☐ Disabled ☐ Functional ☒ Appearance ☐ Property ☐ Fire ☐ None |

| License Plate Number | State | License Plate Number | VIN | | Towed due to disabling damage? | | | |
|---|---|---|---|---|---|---|---|---|
| 2050 | NM | 8426FTD | 1UYVS2482MU512910 | | ☒ Yes ☐ No | | | |

| US DOT 01819021 | | ICC Docket # | | Interstate Carrier? ☒ Yes ☐ No | Hazmat Placard 4 dig # | -- OR --1 digit # and Hazmat Name | Hazmat Released? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Number of Axles 5 | Gross Vehicle Weight Rating/Gross Combination Weight Rating ☐ < or = 10,000 lbs ☐ 10,001 to 26,000 ☒ > 26,000 | | |
|---|---|---|---|

| Carrier's Name | Carrier's Address | Carrier's Zip |
|---|---|---|
| Francico Javier Mendez | 5721 E Yandell , El Paso, TX | 79925- |

| Owner's Name | Owner's Address | Owner's Zip | Owner's Telephone |
|---|---|---|---|
| Saucedo, Armando Gaytan | 1844 Suecia Rd , Juarez, MX | | |

| Insured By: (Name of Company) | Policy Number | Liability Insurance? ☐ Yes ☒ No | Trailer or Towed vehicles | Type | Year | Make | License Yr | Lic. State |
|---|---|---|---|---|---|---|---|---|
| State National Insurance | R29810851 | | | SE | 1992 | Util | 2050 | NM | 8326FTD |

### Vehicle No. 2

| VEHICLE NO. HEADED 2 | N S E W ☒ | On: I-25 | | Posted Speed 65 | Safe Speed 65 |
|---|---|---|---|---|---|

| Driver's Full Name | | Address | | |
|---|---|---|---|---|
| MCDANIEL, TERRY R | | 47 BELL AVE | | |

| Driver's License Number | State | Type | Restrictions | Expires | City/State | | Zip Code | Phone |
|---|---|---|---|---|---|---|---|---|
| 502343700 | NM | A | 00 | 5/29/2012 | MORIARTY, NM | | 87035 | (505)908-1393 |

| Date of Birth – M/D/YR | Social Security Number | Occupation | | | | | Age | Sex (M/F) | Race | Injury Code | OP Code | DP Used Property | Airbag Deploy | Ejected | EMS# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/1955 | | | | | | | 55 | M | C | B | 3 | Y | F | N | |

| Seat Pos | Occupant's Name | Occupant's Address (City, State, Zip) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RF | COWAN, VANESSA L | 1923 CASTILLO DR SW , LOS LUNAS, NM 87031 | | | | | 47 | F | C | C | 3 | Y | F | N | |

| Vehicle Yr | Vehicle Make | Color | Body Style | Cargo Body Type | Vehicle Use (1) | Vehicle Use (2) | Towed? | Overall Vehicle Damage | Extent |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | International | WHI | TS | | | | ☒ Yes ☐ No | ☒ Heavy ☐ Moderate ☐ Slight ☐ None | ☒ Disabled ☐ Functional ☐ Appearance ☐ Property ☐ Fire ☐ None |

| License Plate Number | State | License Plate Number | VIN | | Towed due to disabling damage? | | | |
|---|---|---|---|---|---|---|---|---|
| 2011 | OK | 3419EQ | 3HSCUAPR2BN263863 | | ☒ Yes ☐ No | | | |

| US DOT 054283 | | ICC Docket # | | Interstate Carrier? ☐ Yes ☐ No | Hazmat Placard 4 dig # | -- OR --1 digit # and Hazmat Name | Hazmat Released? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Number of Axles 5 | Gross Vehicle Weight Rating/Gross Combination Weight Rating ☐ < or = 10,000 lbs ☐ 10,001 to 26,000 ☒ > 26,000 | | |
|---|---|---|---|

| Carrier's Name | Carrier's Address | Carrier's Zip |
|---|---|---|
| Swift Transportation Co | PO Box 29243 , Phoenix, AZ | 85038- |

| Owner's Name | Owner's Address | Owner's Zip | Owner's Telephone |
|---|---|---|---|
| Swift Transportation LLC | PO Box , Phoenix, AZ | 85038- | (800)800-2200 |

| Insured By: (Name of Company) | Policy Number | Liability Insurance? ☐ Yes ☒ No | Trailer or Towed vehicles | Type | Year | Make | License Yr | Lic. State |
|---|---|---|---|---|---|---|---|---|
| UNK | UNK | | | SE | 2006 | Util | 2011 | OK | 3419EQ |

| CRASH REPORT NUMBER: | STATE OF NEW MEXICO UNIFORM CRASH REPORT | SHEET |
|---|---|---|
| CASE NUMBER: 10-665462 | NM DOT, CRASH RECORDS SECTION, PO BOX 1149, SANTA FE, NM 87504 | OF 3 SHEETS |

EXHIBIT 1

**STATE OF NEW MEXICO UNIFORM CRASH REPORT**

CAD # 10-665462

CRASH REPORT NUM:
CASE NUMBER: 10-665462

## ROAD – WEATHER

### LIGHTING (Mark 1 with X)
- [X] Daylight
- [ ] Dawn
- [ ] Dusk
- [ ] Dark Lighted
- [X] Dark–Not Lighted
- [ ] Other

### WEATHER (Mark 1 each with X)
- [X] Clear
- [ ] Raining
- [ ] Snowing
- [ ] Fog
- [ ] Dust
- [ ] Wind
- [ ] Other
- [ ] Sleet or Hail

### ROAD COND (Mark 1 each with X)
V1 V2
- [X][X] Dry
- [ ][ ] Wet
- [ ][ ] Snow
- [ ][ ] Ice
- [ ][ ] Loose Material
- [ ][ ] Other
- [ ][ ] Standing or Moving Water
- [ ][ ] Slush

### ROAD SURFACE (Mark 1 each with X)
V1 V2
- [ ][ ] Paved Unstriped
- [ ][ ] Paved Center Stripe
- [X][X] Paved Center & Edge line
- [ ][ ] Unpaved

### TRAFFIC CONTROL (Mark 1 each with X)
V1 V2
- [ ][ ] No Passing Zone
- [ ][ ] Stop Sign
- [ ][ ] Traffic Signals
- [ ][ ] Yield Sign
- [ ][ ] R.R. Gate
- [ ][ ] 4 Way Stop
- [ ][ ] Flashers
- [X][ ] No Controls
- [ ][ ] Other

### ROAD CHARACTER (Mark 1 with X)
- [X] Straight
- [ ] Curve

### GRADE (Mark 1 with X)
- [X] Level
- [ ] Hillcrest
- [ ] On Grade
- [ ] Dip

### ROAD DESIGN (Mark 1 each for each with X)
V1 V2
- [ ][ ] 1 Lane
- [X][X] 2 Lanes
- [ ][ ] 3 Lanes
- [ ][ ] 4 + Lanes
- [ ][ ] Undivided
- [X][ ] Physical Divider
- [ ][ ] Painted Divider

V1 V2
- [X][X] One Way
- [ ][ ] Ramp
- [ ][ ] Full Access Control
- [ ][ ] Undeveloped
- [ ][ ] Alley
- [ ][ ] Const. Zone

## EVENT

### APPARENT CONTRIBUTING FACTORS (Mark 1 or more for each with X)
V1 V2
- [ ][ ] Excessive Speed
- [ ][ ] Speed too fast for conditions
- [ ][ ] Failed to yield right of way
- [ ][ ] Passed stop sign
- [ ][ ] Disregarded traffic signal
- [ ][ ] Drove left of center
- [ ][ ] Improper overtaking
- [ ][ ] Avoid no contact vehicle
- [ ][ ] Avoid no contact – other
- [ ][ ] Cell Phone

V1 V2
- [ ][ ] Following too closely
- [ ][ ] Made improper turn
- [ ][X] Driver Inattention
- [ ][ ] Under influence of alcohol
- [ ][ ] Other improper driving
- [ ][ ] Pedestrian error
- [ ][ ] Inadequate brakes
- [ ][ ] Driverless moving vehicle
- [ ][ ] Failed to yield–Police Vehicle(s)
- [ ][ ] Failed to yield–Emergency Veh(s)

V1 V2
- [ ][ ] Defective steering
- [ ][ ] Defective tires
- [ ][ ] Other mechanical defect
- [ ][ ] Road defect
- [ ][ ] Other – No driver error
- [ ][ ] Traffic control not functioning
- [ ][ ] Improper lane change
- [ ][ ] Improper backing
- [ ][ ] None

### WHAT DRIVERS WERE DOING (Mark 1 each with X)
V1 V2
- [X][X] Going Straight
- [ ][ ] Overtaking – Passing
- [ ][ ] Right Turn
- [ ][ ] Left Turn
- [ ][ ] U Turn
- [ ][ ] Slowing
- [ ][ ] Backing

V1 V2
- [ ][ ] Stopped for traffic
- [ ][ ] Stopped for sign/signal.
- [ ][ ] Start in traffic lane
- [ ][ ] Start from park
- [ ][ ] Parked
- [ ][ ] Other

### SEQUENCE OF EVENTS (See event codes)
V1 V2
- OTC | OTC | FIRST EVENT
- | | SECOND EVENT
- | | THIRD EVENT
- | | FOURTH EVENT

## DRIVER

### DRIVER OR PEDESTRIAN SOBRIETY (Mark 1 or more for each with X)
D1 D2
- [ ][ ] Consumed Alcohol
- [ ][ ] Consumed a Controlled Substance
- [X][X] Had Not Consumed Alcohol
- [ ][ ] Sobriety Unknown
- [ ][ ] Consumed Medication
- [ ][ ] Breath Test Administered  gms/210L
- [ ][ ] Blood Test Administered  gms/210L
- [ ][ ] Field Sobriety Test
- [ ][ ] Refused Test

### DRIVER OR PEDESTRIAN PHYSICAL CONDITION (Mark 1 or more for each with X)
D1 D2
- [ ][ ] Fatigue-Asleep
- [ ][ ] Eyesight Imp.
- [ ][ ] Hearing Imp.
- [ ][ ] Ill

D1 D2
- [ ][ ] Medication
- [ ][ ] Amputee
- [ ][ ] No App. Defects
- [ ][ ] *Other Physical Impairment

*Specify

### PEDESTRIAN ACTION

At Intersection
P1 P2
- [ ][ ] With Signal
- [ ][ ] Against Signal
- [ ][ ] No Signal
- [ ][ ] Diagonal

Not at Intersection
P1 P2
- [ ][ ] From Behind Obstruction
- [ ][ ] No Crosswalk
- [ ][ ] Crosswalk
- [ ][ ] Walking W/Traffic
- [ ][ ] *Other

P1 P2
- [ ][ ] Walking Against Traffic
- [ ][ ] Standing
- [ ][ ] Pushing or Working on Vehicle
- [ ][ ] Playing in Road

*Specify

## NARRATIVE

On 11/08/10 at 2348hrs, I was dispatched to I-25 and MM218 in reference to a crash with injuries. I arrived on scene and observed vehicle 2 (a white semi tractor trailer) on the shoulder of the interstate. The cab of the vehicle was detached from the rest of the vehicle and it was lying face down on the front wind shield. I also observed vehicle debris scattered throughout the roadway. There was a female, occupant 1, lying on the ground next to the vehicle. She was complaining of severe neck, back, and chest pain. Rescue personnel arrived on scene and transported her by ambulance to UNMH.

Inside of the cab, the driver of vehicle 2 was trapped inside the vehicle. Rescue personnel arrived on scene and extracted him from the vehicle. He was then transported by life flight to UNMH for back and leg injuries. I then made contact with driver of vehicle 1, who stated he was uninjured and did not require medical treatment. The vehicle had slight damage to right rear side panel and the brake lights. The driver stated that he was stopped on the roadway due to a vehicle accident that was just south of his location. He went on to state that he was sitting in place with his hazard lights on when he felt another vehicle collide into to the rear of his vehicle. He then exited his vehicle and observed vehicle number 2 severely damaged, with the cab detached from the frame. He then went to assist the occupants vehicle 2.

The driver of vehicle 2 was unable to provide a statement due to the severity of his injuries, and the occupant of vehicle 2 stated that she was asleep when the crash happened. Two witnesses filled out statements to include their observations in the aftermath of the crash, but neither witness observed the crash take place.  (Continued)

Use Diagram/Narrative Sheet for additional information

### OTHER PROPERTY INVOLVED
DESCRIPTION OF PROPERTY AND DAMAGE

Owner's Name | Owner's Address | Owner's Zip Code | Owner's Telephone

### WITNESS

| NAME | AGE | ADDRESS | TELEPHONE |
|---|---|---|---|
| Marquez, Winifred | 0 | 10 Albuquerque Lane , Los Lunas, NM 87018- | (505)244-7700 |
| Lopez, Andrea | 0 | | (505)922-5008 |

### ENFORCEMENT ACTION

| VEH. NO. | NAME | VIOLATION (COMMON NAME) | ACTION |
|---|---|---|---|
| | | | [ ] Booked [ ] Cited [ ] Pending |
| | | | [ ] Booked [ ] Cited [ ] Pending |
| | | | [ ] Booked [ ] Cited [ ] Pending |

| Time Notified | Time Arrived | Notified By | Supervisor at Scene | Checked By |
|---|---|---|---|---|
| 2348 | 2353 | Dispatch | R. Tafoya | Tafoya, Ryan (S-9) |

| Officer's Signature | Printed Officer's Name: | Rank | ID No. | District | Date of Report |
|---|---|---|---|---|---|
| | Allen, Anthony (109) A | D2 | 4507 | 711 | 11/9/2010 |

CRASH REPORT NUMBER:
CASE NUMBER: 10-665462

SHEET 2 OF 3 SHEETS

THIS REPORT MAY CONTAIN OPINIONS AND OBSERVATIONS OF THE INVESTIGATING OFFICER

11/15/2010   12:24:   **DIAGRAM/NARRATIVE**
**Use Additional Sheets As Necessary**

Vehicle 1 was driven away from the scene safely, and vehicle 2 was towed from the scene by Knittles Towing Services.  NMDOT arrived on scene and cleared the roadway of all debris.  AFD Hazmat arrived on scene and cleared the roadway of the spilled gasoline.  The roadway was opened back up to traffic and there is nothing further to report.

CRASH REPORT #

CAD # 10-665462

CASE NUMBER 10-665462

DIAGRAM DRAWN BY:

MEASUREMENTS TAKEN BY:

Indicate
North
By
Arrow

CRASH REPORT #
CASE NUMBER: 10-665462

**STATE OF NEW MEXICO UNIFORM CRASH REPORT**

THIS REPORT MAY CONTAIN OPINIONS AND OBSERVATIONS OF THE INVESTIGATING OFFICER

SHEET 3
OF 3  SHEETS

11/15/2010    12:24    **DIAGRAM/NARRATIVE**
**Use Additional Sheets As Necessary**



Not to Scale
Sketch Only
11/09/2010
M. Alexander—4501

RL

A

B
C

M

Semi cab
Semi frame
G                F

D
E

H
K
L

RP

2

MM218

I
J

Skid Marks approximately 83 FT

I-25 southbound

RL TO RP= 25.11/E

RL to A=4.3/E    RP TO A=115.7/S
B=4.3/E          B=99/S
C=4.6?E          C=94.1/S
D=5.1/E          D=61.10/S
E=5.4/E          E=57.2/S
F=25.11/W        F=57.2/S
G=18.2/W         G=42.4/S
H=16.5/W         H=36.11/S
I=6.7/W          I=6.7/S
J=5.5/W          J=5.5/S
K=15.11/W        K=55.10/S
L=20.4/W         L=51.3/S
M=20.5/W         M=59.9N

3.8

12.5

11.11

11.1

Callout

CRASH REPORT #

CAD # 10-665462

CASE NUMBER
10-665462

DIAGRAM DRAWN BY:
M. Alexander 4501

MEASUREMENTS TAKEN BY:
M. Alexander 4501

Indicate
North
By
Arrow

SHEET 1
OF  1   SHEETS

CRASH REPORT #
CASE NUMBER: 10-665462

**STATE OF NEW MEXICO UNIFORM CRASH REPORT**

THIS REPORT MAY CONTAIN OPINIONS AND OBSERVATIONS OF THE INVESTIGATING OFFICER

11/15/2010

## BERNALILLO COUNTY SHERIFF'S DEPARTMENT        54417
## REPORT OF TOWED VEHICLE

CAD # 10-665462

Make INTERNATIONAL

Year 2010

Style _____

Color WHI

Driver/Owner TERRY McDANIEL

Address 47 BELL AVE MORIARTY
                                    87035

Vehicle Damage

VIN 3HSCUAPR2BN263863

License 341-YEQ

State OK

Year Lic. 2006

Phone _____

VEHICLE DAMAGE SEVERITY
(Enter Codes in Vehicle Damage Area(s)
SEVERITY CODES: 1 Slight or Minor -
2 Moderate - 3 Severe or Extreme.
    18 Top
    20 Undercarriage

FRONT    REAR

Hold on Car? ☐ Yes ☒ No     FOR _____

Store Inside? ☐ Yes ☒ No

Owner Requested Tow ☐ Yes ☒ No

Driver/Owners Signature TRANSPORTED TO HOSPITAL

Inventory of Vehicle                    Keys In Car ☒ Yes ☐ No

MISC. ITEMS   MISC PAPENS

I hereby acknowledge receipt of above vehicle and property, in specified condition.

Wrecker Driver's Signature _____

Wrecker Company KNITLES

Towed From Mile M 248 S. I-25

Towed To 2412 JEFFERSON NE     Reason VEHICLE DISABLED

Officer Authorizing Tow _____

Man # 4501          Date 11-9-10        Time 0152 HRS

Supervisor Authorizing Tow / Hold _____

Vehicle Can Be Released On _____
                           MONTH          DAY          YEAR

Vehicle can be released on the release date indicated above. No vehicle with a hold placed on it, will be released until official
authorization is obtained from the Bernalillo County Sheriff's Department. The Bernalillo County Sheriff's Department will not
be responsible for vehicle damage or personal property, when the tow is owner requested, or after the wrecker company has
assumed control of the vehicle. No vehicle impounded, will be released from storage until owner or his agent has first presented
proper proof of ownership to the wrecker company.

_____ of _____
Owner or Agent in Charge of Vehicle        Address

Signed _____          Date Filed: _____ Time: _____
        (Person Releasing Vehicle)                    Mo Day Year

If vehicle is released at the scene, only one copy is to be submitted to the Sheriff's Department.

TOW REPORT                    BCSD (3/03) No. 0005

11/15/2010   12:24  00015?

## BERNALILLO COUNTY SHERIFF'S DEPARTMENT
## VICTIM WITNESS STATEMENT

CASE # 10-665462

NAME: Winifred Marquez

ADDRESS: 10 Alloy Lane, Los Lunas

DOB. _____ SSI. (LAST FOUR ONLY) _____ EMPLOYER _____

TELEPHONE NUMBER (WK) 944-7700   TELEPHONE NUMBER (HM) 865-6984

I, Winifred Marquez FURNISH THE FOLLOWING VOLUNTARY STATEMENT
TO _____ OF THE BERNALILLO COUNTY SHERIFF'S
DEPARTMENT. I DECLARE THAT THE FOLLOWING VOLUNTARY STATEMENT IS MADE OF MY
OWN FREE WILL WITHOUT FEAR OR THREAT OF PHUSICAL HARM, WITHOUT COERCION,
FAVOR OR OFFER OF FAVOR.  WITHOUT LENIENCY OR OFFER LENIENCY BY ANY PERSON
WHOMSOEVER.

I was driving on I 25 South Bound,
I came to the top of the hill and
the traffic was backed-up.
I noticed an accident had occured.
A man got out of his semi (two
semis in accident) he was walking
towards the wrecked semi. I
asked if he needed help, and if
anyone was trapped. he said he
didn't know. I asked if he had
called 911, he told me he had
not. I called 911 and reported
the accident. The man was
trapped in the cab, the lady,
in the sleeper she crawled out
of the window with the
assistance of two men.
I stayed with her until help
arrived.

**CASE #** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I HAVE READ THE ABOVE STATEMENT AND MADE ANY CORRECTIONS WHICH I FELT WERE NEEDED. I ALSO CERTIFY
THAT THE FACTS OR STATEMENT IN THIS STATEMENT ARE TRUE AND CORRECT AND THAT THEY ARE IN MY OWN
WORDS AS NOBODY HAS TOLD ME WHAT TO WRITE. I DID NOT REQUEST THE STATEMENT TO BE STOPPED AND MY
SIGNITURE IS BELOW.

_____     11-9-11        11:55 - 11/8/10
SIGNATURE                            DATE           TIME    not exact
                                                            time.

_____     _____        _____
WITNESS                              DATE           TIME

11/45/2010    12:24\   00016/

BERNALILLO COUNTY SHERIFF'S DEPARTMENT
VICTIM WITNESS STATEMENT

CASE # D - 665462

NAME: Andrea Lopez

ADDRESS: _____

DOB: _____ SSN (LAST FOUR ONLY) _____ EMPLOYER _____

TELEPHONE NUMBER (WK) (505) 922-500x TELEPHONE NUMBER (HM) _____

I, Andrea _____ FURNISH THE FOLLOWING VOLUNTARY STATEMENT
TO _____ OF THE BERNALILLO COUNTY SHERIFF'S
DEPARTMENT. I DECLARE THAT THE FOLLOWING VOLUNTARY STATEMENT IS MADE OF MY
OWN FREE WILL WITHOUT FEAR OR THREAT OF PHUSICAL HARM, WITHOUT COERCION,
FAVOR OR OFFER OF FAVOR.  WITHOUT LENIENCY OR OFFER LENIENCY BY ANY PERSON
WHOMSOEVER.

Coming up the hill saw brake lights, ~~comes~~ Pulled
up saw the lady climb out. ~~the~~ 2 guys got here.
Laid her on the ground. I stopped to get out n
gave a towel to cover her up. She wouldn't
stop moving. She was complaining her right side
hart. ~~&~~ Also said she was asleep when it happened

**CASE #** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I HAVE READ THE ABOVE STATEMENT AND MADE ANY CORRECTIONS WHICH I FELT WERE NEEDED. I ALSO CERTIFY THAT THE FACTS OR STATEMENT IN THIS STATEMENT ARE TRUE AND CORRECT AND THAT THEY ARE IN MY OWN WORDS AS NOBODY HAS TOLD ME WHAT TO WRITE. I DID NOT REQUEST THE STATEMENT TO BE STOPPED AND MY SIGNITURE IS BELOW.

SIGNATURE _____     DATE _____     TIME _____

WITNESS _____     DATE _____     TIME _____

04/04/2011   13:23 (

# DIAGRAM/NARRATIVE
## Use Additional Sheets As Necessary

On 03/15/11 at 0830hrs, I conducted a telephone interview with the driver of vehicle two in reference to a crash with injuries that occurred on 11/09/10 at 2348hrs. The driver of vehicle two was unable to provide a statement at the scene due to significant injury.

During the interview, driver two stated that he was heading southbound on I-25 when vehicle one passed him at a high rate of speed and then got in front of him and begin hitting his brakes. At that time driver two then changed lanes twice in order to prevent a possible collision with vehicle one. He went on to state that vehicle one changed lanes both times in order to stay in front of him.

Driver two then stated that he was moving over to the right shoulder, due to his belief that vehicle one was driving recklessly. At that time vehicle one then swerved to the right and collided with the front of his truck and then hit the brakes. Driver two then stated that he heard two loud bangs and the lights went out in his truck.

This supplemental report was completed in order to document driver's two statements involving the above stated crash. There is nothing further to report at this time.

CRASH REPORT #

CAD # 10-565462

CASE NUMBER 10-565462

DIAGRAM DRAWN BY:

MEASUREMENTS TAKEN BY:

Indicate North By Arrow

CRASH REPORT #
CASE NUMBER: 10-565462

STATE OF NEW MEXICO UNIFORM CRASH REPORT

SHEET 1
OF 1   SHEETS

THIS REPORT MAY CONTAIN OPINIONS AND OBSERVATIONS OF THE INVESTIGATING OFFICER

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/8/2013 9:55:03 AM
GREGORY T. IRELAND

Andrea Salas

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL, and
VANESSA COWAN,

      Plaintiffs,

v.                                                    D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

      Defendants.

### PLAINTIFFS' CERTIFICATION
### REGARDING ARBITRATION UNDER LOCAL RULE 2-603

**COME NOW** the Plaintiffs by and through their attorneys of record, **MARTINEZ, HART &**

**THOMPSON, P.C.** (Bruce E. Thompson) and hereby certifies that this case <u>is not</u> subject to referral

to arbitration under Local Rule 2-603. At least one party seeks relief other than a money judgment

and/or at least one party seeks an award in excess of $25,000.00 exclusive of punitive damages

and exclusive of interest, costs and attorneys' fees.

      Respectfully Submitted,

      MARTINEZ HART & THOMPSON, P.C.

      /s/ Bruce E. Thompson
      Bruce E. Thompson
      Attorney for Plaintiffs
      1801 Rio Grande Blvd NW
      Albuquerque, NM 87104
      (505) 343-1776
      (505) 344-7709 (fax)
      brucet@osolawfirm.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/31/2014 11:18:33 AM
GREGORY T. IRELAND
Lori Lujan

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL, and
VANESSA COWAN,

     Plaintiffs,

v.                            D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

     Defendants.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the Complaint and Summons were served upon

Francisco Javier Mendez Loya, d/b/a Translogistica Menlo at 11150 Gateway East, El Paso, TX,

79927, on March 22, 2014, at 12:06 p.m. via certified mail. Attached as Exhibit A is a track and

confirm document from the United States Postal Service verifying delivery. Attached as Exhibit

B is the completed United States Postal Service Certified Mail Return Receipt card.

Respectfully submitted,

MARTINEZ, HART & THOMPSON, P.C.

/s/ Bruce E. Thompson
Bruce E. Thompson
Attorney for Plaintiff
1801 Rio Grande NW
Albuquerque, New Mexico 87104
(505) 343-1776
(505) 344-7709 – FAX
brucet@osolawfirm.com

USPS.com® - USPS Tracking™

English    Customer Service    USPS Mobile      Register / Sign In

 **USPS.COM**      Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #'s
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

**USPS Tracking™**

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70132630000028458021

## Product & Tracking Information

**Available Actions**

**Postal Product:**

**Features:**
Certified Mail™

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 22, 2014 , 12:06 pm | Delivered | EL PASO, TX 79927 |
| March 21, 2014 | Depart USPS Sort Facility | EL PASO, TX 79910 |
| March 21, 2014 , 1:39 am | Processed through USPS Sort Facility | EL PASO, TX 79910 |
| March 20, 2014 , 9:24 pm | Processed through USPS Sort Facility | EL PASO, TX 79910 |
| March 19, 2014 | Depart USPS Sort Facility | ALBUQUERQUE, NM 87101 |
| March 19, 2014 , 7:57 pm | Processed through USPS Sort Facility | ALBUQUERQUE, NM 87101 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**USPS.COM** | Copyright© 2014 USPS. All Rights Reserved.

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Marie Martinez_        ☐ Agent / ☐ Addressee

B. Received by *(Printed Name)* Marie Martinez    C. Date of Delivery 3/22

1. Article Addressed to:

Francisco Javier Mendez Loya
d/b/a Translogistica Menlo
11150 Gateway East
El Paso TX 79927

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*

7013 2630 0000 2845 8021

PS Form 3811, July 2013         Domestic Return Receipt

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/1/2014 4:32:17 PM
GREGORY T. IRELAND
Gwendolen Lindquist

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL, and
VANESSA COWAN,

       Plaintiffs,

v.                                                              D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

       Defendants.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the Complaint and Summons were served upon Francisco Javier Mendez Loya, d/b/a Translogistica Menlo c/o Truck Process Agents of America at 4809 Jefferson St. NE, Albuquerque, NM, 87109, on March 21, 2014, at 12:36 p.m. via certified mail. Attached as Exhibit A is a track and confirm document from the United States Postal Service verifying delivery. Attached as Exhibit B is the completed United States Postal Service Certified Mail Return Receipt card.

Respectfully submitted,

MARTINEZ, HART & THOMPSON, P.C.

/s/ Bruce E. Thompson
Bruce E. Thompson
Attorney for Plaintiffs
1801 Rio Grande NW
Albuquerque, New Mexico 87104
(505) 343-1776
(505) 344-7709 – FAX
brucet@osolawfirm.com

English     Customer Service     USPS Mobile                                        Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #'s Find
Find USPS Locations
Buy Stamps
Schedule Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

USPS Tracking™

Ship a Package     Send Mail     Manage Your Mail          Shop          Business Solutions

**Customer Service ›**
Have questions? We're here to help.

---

Tracking Number: 70132630000028460000

## Product & Tracking Information

| Postal Product: | Features: |
|---|---|
| | Certified Mail™ |

## Available Actions

USPS Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 21, 2014 , 12:36 pm | Delivered | ALBUQUERQUE, NM 87109 |
| March 20, 2014 , 2:53 pm | Notice Left (No Authorized Recipient Available) | ALBUQUERQUE, NM 87109 |
| March 20, 2014 , 2:05 am | Processed through USPS Sort Facility | ALBUQUERQUE, NM 87101 |
| March 19, 2014 | Depart USPS Sort Facility | ALBUQUERQUE, NM 87101 |
| March 19, 2014 , 8:02 pm | Processed through USPS Sort Facility | ALBUQUERQUE, NM 87101 |

---

## Track Another Package

**What's your tracking (or receipt) number?**

|  | Track It |
|---|---|

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francisco Javier Mendez Loya
d/b/a Translogistica Menlo
c/o Truck Process Agents of America
4809 Jefferson St. NE
Albuquerque NM 87109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

3-21-14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2630 0000 2846 0000

PS Form 3811, July 2013    Domestic Return Receipt

Exhibit B

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/10/2014 3:06:04 PM
GREGORY T. IRELAND

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

Shellene Romero

TERRY MCDANIEL and
VANESSA COWAN,

     Plaintiffs,

v.

                                                         D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

     Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Colbert N. Coldwell and the law firm of Guevara, Baumann, Coldwell &

Reedman, L.L.P. and enter their appearance on behalf of FRANCISCO JAVIER MENDEZ LOYA,

a Defendant, for all matters pertaining herein.

                            Respectfully submitted,

                            GUEVARA, BAUMANN, COLDWELL & REEDMAN, L.L.P.
                            4171 N. Mesa, Suite B-201
                            El Paso, Texas 79902
                            (915) 544-6646 Office; (915) 544-8305 Fax

                  BY: _____
                            COLBERT N. COLDWELL
                            Attorney for Defendant
                            Francisco Javier Mendez Loya

## PROOF OF SERVICE

I hereby certify that on the 10th day of April, 2014, I filed the foregoing Original Answer of Francisco Javier Mendez Loya, electronically through the Second Judicial District Court e-file System, which caused the counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, as follows:

1.   Bruce E. Thompson, Martinez, Hart & Thomspon, PC, 1801 Rio Grande Blvd. NW, Albuquerque, NM 87104; email brucet@osolawfirm.com

/s/

COLBERT N. COLDWELL
e-mail: GBCR_Law@att.net

C:\Aurora\TRIAL\Mendez Loya, Francisco Javier\Appearance.wpd

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

Dawna Martin

TERRY MCDANIEL and
VANESSA COWAN,

       Plaintiffs,

v.                                                            D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

       Defendants.

## ORIGINAL ANSWER OF FRANCISCO JAVIER MENDEZ LOYA

      Comes now, FRANCISCO JAVIER MENDEZ LOYA, through counsel, Colbert N. Coldwell, and file this, his Original Answer to the Complaint for Declaratory Judgment and damages, and would show:

1.     This Defendant admits paragraphs 1 through 4 of the Complaint.

2.     This Defendant denies the allegations of paragraph 5 of the Complaint.

3.     This Defendant admits the allegations of paragraph 6 of the Complaint.

4.     This Defendant is without information as to the allegations of paragraphs 7 and 8 of the Complaint, and therefore must deny same.

## FACTS

5.     This Defendant specifically denies the allegations of paragraph 9 of the Complaint as untrue.

6.    This Defendant did not have liability insurance on the vehicle involved in the Complaint because the vehicle was not one of his insured vehicles and not a vehicle listed under his DOT Permit referred to in paragraph 4 of the Complaint.

7.    This Defendant is without knowledge about the circumstances of the collision which is the basis of this lawsuit, and therefore, denies the allegations of paragraphs 11, 12 and 13 of the Complaint.

8.    This Defendant is without knowledge of the liability insurance carried by ARMANDO GAYTAN SAUCEDO and therefore cannot admit or deny that he was a "uninsured motorist" and therefore must demand strict proof thereof.

9.    This Defendant is without knowledge of carriage of any uninsured or underinsured motorist coverage by Plaintiffs and therefore must deny the allegations of paragraphs 17 and 18 of the Complaint.

10.   This Defendant is without knowledge of the causation of the underlying motor vehicle collision which is the subject of this lawsuit and therefore must deny the allegations of paragraph 19.

11.   This Defendant is without knowledge of the injuries suffered by the Plaintiffs and therefore must deny the allegations of paragraphs 20 and 21 of the Complaint.

12.   This Defendant is without knowledge of the actions of Defendant ARMANDO GAYTAN SAUCEDO in the accident, and would therefore deny that they were intentional, malicious, or reckless as stated in paragraph 22 of the Complaint.

13. This Defendant is aware that Plaintiff COWAN disclaimed negligence of her host driver but is without knowledge of the facts set out in paragraphs 23, 24, 25, 26 and 27, and therefore must deny same.

### COUNT 1 - DAMAGES FOR PERSONAL INJURY

14. This Defendant denies all the allegations contained in paragraphs 28, 29 and 30 of the Complaint.

### COUNT 2 - DECLARATORY JUDGMENT

15. This Defendant is without knowledge of the facts and allegations contained in Count 2 and same do not pertain to this Defendant in paragraphs 31 through 38 of the Complaint. Insofar as such allegations pertain to this Defendant, this Defendant denies such allegations.

### COUNT 3 - UM/UIM BENEFITS

16. This Defendant believes that the allegations of Count 3 of the Complaint do not appear to pertain to this Defendant and this Defendant has no knowledge of the allegations therein contained. Insofar as such allegations do pertain to this Defendant, he denies same as set out in paragraphs 39 through 42 of the Complaint.

### SPECIAL DEFENSES

17. Although the Compliant on its face appears to have been field on the day before the three-year statute of limitations for tort action would have run out on Plaintiffs alleged causes of action for personal injuries pursuant to NMSA § 37-1-4, Plaintiffs have been dilatory in seeking the immediate issuance of legal process after the filing of such Complaint, or even seeking the waiver thereof, as required by NMSA §37-1-13 and therefore Plaintiffs have not

3

applied due diligence in the prosecution off this case and this lawsuit is barred by the statute of limitations and laches as a stale complaint.

18.   Plaintiffs have failed to use due diligence to pursue their alleged causes of action against their adverse driver and the owner of record of the adverse truck and their claims are probably barred pursuant to NMSA §3-1-4 and §37-1-13, thereby prejudicing Defendant's rights to seek and obtain relief against such owner/driver as a Third Party Defendant.

19.   WHEREFORE, Defendant FRANCISCO JAVIER MENDEZ LOYA prays that upon final hearing, that Plaintiffs take nothing by their alleged complaint for Declaratory Judgment and Damages against this Defendant, FRANCISCO JAVIER MENDEZ LOYA, and that upon final hearing, this Defendant go hence with his costs, without day.

Respectfully submitted,

GUEVARA, BAUMANN, COLDWELL & REEDMAN, L.L.P.
4171 N. Mesa, Suite B-201
El Paso, Texas 79902
(915) 544-6646 Office
(915) 544-8305 Fax
BY:   //s//
        COLBERT N. COLDWELL
        NM Bar No. 3432
        Attorney for Defendant
        Francisco Javier Mendez Loya

PROOF OF SERVICE

I hereby certify that on the 10th day of April, 2014, I filed the foregoing Original Answer of Francisco Javier Mendez Loya, electronically through the Second Judicial District Court e-file System, which caused the counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, as follows:

1.   Bruce E. Thompson, Martinez, Hart & Thompson, PC, 1801 Rio Grande Blvd. NW, Albuquerque, NM 87104; email brucet@osolawfirm.com

//s//
COLBERT N. COLDWELL

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/21/2014 10:23:45 AM
GREGORY T. IRELAND

Christina Villa

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL and
VANESSA COWAN,

       Plaintiffs,

v.                                                          D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

       Defendants.

## THIRD PARTY COMPLAINT

Comes now, FRANCISCO JAVIER MENDEZ LOYA, through counsel, Colbert N. Coldwell, and file this, his Third Party Complaint against Co-Defendant, ARMANDO GAYTAN SAUCEDO, who may be served with summons herein at his last known address: 1844 Suecia Road, Juarez, Chihuahua, Mexico, 202026, and for cause of action would show:

1.      Third Party Defendant was the owner and driver of a 1997 Kenworth truck, licensed in the State of New Mexico under license plate number 8426FTD, such truck having VIN 1UYVS2482MU812910 which was involved in a motor vehicle collision on November 9, 2010, in Bernalillo County, New Mexico, and the vehicle operated by Plaintiff McDaniel and in which Plaintiff Cowan was a passenger, for which collision said Plaintiffs claimed liability for personal injuries of Plaintiff Cowan.

2.      Third Party Defendant falsely represented a license issued by the U.S. Department of Transportation to Third Party Plaintiff herein, to-wit: No. 01819021, which representation

was a complete falsehood and misrepresentation under both federal and New Mexico statutes rules and regulations, and a fraud perpetrated upon Plaintiffs, New Mexico law enforcement officials, and upon Third Party Plaintiff.

3.     The motor vehicle involved in the above entitled and numbered cause and the collision of November 9, 2010, was not a licensed motor vehicle owned by Third Party Plaintiff, or licensed by him with the U.S. Department of Transportation for transportation of goods or services in the United States of America under his valid and subsisting license with the United States Department of Transportation and Third Party Defendant was an imposter in the representation of such license number on his said truck and in representing it to Plaintiffs, the State of New Mexico law enforcement officials, and by reason of misuse and presumption and misrepresentation thereof, Third Party Defendant has dragged Third Party Plaintiff into this dispute in which he has no interest or involvement and is totally innocent of any potential liability in accordance with Rule 1-014 of the Rules of Civil Procedure-District Courts.

4.     Third Party Plaintiff has incurred damages for his reasonable attorney's fees for defense of this case, and prosecution of this Third Party Complaint, and has suffered damages to his person and reputation in good standing with the United States Department of Transportation, for which good standing he depends for his livelihood as an international trucker and shipper between Mexico and the United States, in the amounts that exceed the minimal jurisdictional limits of this Hon. Court.

5.     Defendant, ARMANDO GAYTAN SAUCEDO, is the sole party defendant with liability to Plaintiffs for their alleged cause of action as stated in the case in chief, and Third Party

Plaintiff prays that the Court order him to indemnify and hold Third Party Plaintiff harmless from any and all claims and causes of action thereby and compensate him for his damages for defense and to reputation in good standing with the United States Department of Transportation, and that the Court order him to cease and desist acting as an imposter with false claim of licensure as to Third Party Plaintiff, or anyone else.

6.      Third Party Plaintiff prays that he have such other and further relief, special or general, at law or in equity, to which he may be shown to be entitled on final hearing hereof.

                          Respectfully submitted,

                          GUEVARA, BAUMANN, COLDWELL & REEDMAN, L.L.P.
                          4171 N. Mesa, Suite B-201
                          El Paso, Texas 79902
                          (915) 544-6646 Office
                          (915) 544-8305 Fax

                          BY:    //s//
                                 COLBERT N. COLDWELL
                                 NM Bar No. 3432
                                 Attorney for Defendant
                                 Francisco Javier Mendez Loya

                          PROOF OF SERVICE

     I hereby certify that on the _10th_ day of April, 2014, I filed the foregoing Third Party Complaint electronically through the Second Judicial District Court e-file System, which caused the counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, as follows:

1.      Bruce E. Thompson, Martinez, Hart & Thomspon, PC, 1801 Rio Grande Blvd. NW, Albuquerque, NM 87104; email brucet@osolawfirm.com

                          //s//
                          COLBERT N. COLDWELL

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/21/2014 10:31:10 AM
GREGORY T. IRELAND

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

Shellene Romero

TERRY MCDANIEL and
VANESSA COWAN,

      Plaintiffs,

v.                                                                          D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

      Defendants.

## DEFENDANT FRANCISCO JAVIER MENDEZ LOYA'S
## CERTIFICATE REGARDING ARBITRATION UNDER LOCAL RULE 2-603

COMES NOW, Defendant / Third-Party Plaintiff, FRANCISCO JAVIER MENDEZ LOYA

d/b/a TRANSLOGISTICA MENLO, by and through his attorney of record, Colbert N. Coldwell, and

hereby certifies that this case is not subject to referral to arbitration under Local Rule 2-603. At least

one party seeks relief other than a money judgment and/or at least one party seeks an award in excess

of $25,000.00 exclusive of punitive damages and exclusive of interest, costs and attorneys fees.

                  Respectfully submitted,

                  **GUEVARA, BAUMANN, COLDWELL & REEDMAN, L.L.P.**
                  4171 N. Mesa, Suite B-201
                  El Paso, Texas 79902
                  (915) 544-6646 Office; (915) 544-8305 Fax

      BY:                            
             COLBERT N. COLDWELL
             Attorney for Defendant/Third Party Plaintiff
             Francisco Javier Mendez Loya

PROOF OF SERVICE

I hereby certify that on the _16th_ day of April, 2014, I filed the foregoing Certification of Francisco Javier Mendez Loya, electronically through the Second Judicial District Court e-file System, which caused the counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, as follows:

1.     Bruce E. Thompson, Martinez, Hart & Thomspon, PC, 1801 Rio Grande Blvd. NW, Albuquerque, NM 87104; email brucet@osolawfirm.com

                                       //s//
                                       COLBERT N. COLDWELL
                                       e-mail: GBCR_Law@att.net

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/2/2014 8:30:46 AM
GREGORY T. IRELAND
Jennifer Sanchez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TERRY MCDANIEL, and
VANESSA COWAN,

     Plaintiffs,

v.                                                    D-202-CV-2013-08946

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

     Defendants.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the Complaint and Summons were served upon Red

Rock Risk Retention Group c/o CT Corporation System at 2390 E. Camelback Rd. Phoenix, AZ,

85016, on April 28, 2014, at 11:32 a.m. via certified mail.  Attached as Exhibit A is a track and

confirm document from the United States Postal Service verifying delivery.  Attached as Exhibit

B is the completed United States Postal Service Certified Mail Return Receipt card.

                              Respectfully submitted,

                              **MARTINEZ, HART & THOMPSON, P.C.**

                              /s/ Bruce E. Thompson
                              Bruce E. Thompson
                              Attorney for Plaintiffs
                              1801 Rio Grande NW
                              Albuquerque, New Mexico 87104
                              (505) 343-1776
                              (505) 344-7709 – FAX
                              brucet@osolawfirm.com

English      Customer Service      USPS Mobile                                                      Register / Sign In

 **USPS.COM**                                                         Search USPS.com or Track Packages

Quick Tools                     Ship a Package        Send Mail       Manage Your Mail         Shop        Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70132630000028458076**

## Product & Tracking Information

| Postal Product: | Features: | | Available Actions |
| --- | --- | --- | --- |
| | Certified Mail™ | | USPS Text Tracking™ |
| DATE & TIME | STATUS OF ITEM | LOCATION | Email Updates |
| April 28, 2014 , 11:32 am | Delivered | PHOENIX, AZ 85016 | |

Your item was delivered at 11:32 am on April 28, 2014 in PHOENIX, AZ 85016.

| | | |
| --- | --- | --- |
| April 26, 2014 , 9:10 am | Business Closed | PHOENIX, AZ 85016 |
| April 26, 2014 , 7:44 am | Out for Delivery | PHOENIX, AZ 85016 |
| April 26, 2014 , 7:34 am | Sorting Complete | PHOENIX, AZ 85016 |
| April 26, 2014 , 6:01 am | Arrival at Unit | PHOENIX, AZ 85016 |
| April 26, 2014 , 4:02 am | Depart USPS Sort Facility | PHOENIX, AZ 85043 |
| April 26, 2014 , 3:18 am | Processed through USPS Sort Facility | PHOENIX, AZ 85043 |
| April 25, 2014 , 9:47 pm | Processed through USPS Sort Facility | PHOENIX, AZ 85043 |
| April 25, 2014 , 3:10 am | Depart USPS Sort Facility | ALBUQUERQUE, NM 87101 |
| April 24, 2014 , 9:52 pm | Processed through USPS Sort Facility | ALBUQUERQUE, NM 87101 |

## Track Another Package

What's your tracking (or receipt) number?

[                                        ]      **Track It**

LEGAL                          ON USPS.COM                 ON ABOUT.USPS.COM
Privacy Policy ›               Government Services ›        About USPS Home ›

**PLAINTIFF'S
EXHIBIT
A**

PENGAD 800-631-6989

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Red Rock Risk Rentention Group
C/o CT Corporation System
2390 E. Camelback Rd.
Phoenix AZ 85016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    CORPORATION SYSTEM   ☐ Agent
X        PHOENIX ARIZONA         ☐ Addressee

B. Received by (Printed Name)    | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7013 2630 0000 2845 8076

PS Form 3811, July 2013          Domestic Return Receipt

PLAINTIFF'S
EXHIBIT
B