IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY MCDANIEL and VANESSA COWAN,

    Plaintiffs,

v.                                          No. 14-cv-0511 SMV/SCY

FRANCISCO JAVIER MENDEZ LOYA;
ARMANDO GAYTAN SAUCEDO;
RED ROCK RISK RETENTION GROUP, INC.;
and TERRY MCDANIEL;[1]

    Defendants.

and

FRANCISCO JAVIER MENDEZ LOYA,

    Cross-claimant,

v.

ARMANDO GAYTAN SAUCEDO,

    Cross-defendant.

## ORDER TO SHOW CAUSE AND
## ORDER SETTING SHOW-CAUSE HEARING

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint against Defendants in state court on November 8, 2013. [Doc. 1-1] at 2–17. Defendant Red Rock Risk Retention Group, Inc., removed the case to this Court on May 28, 2014. [Doc. 1]. It appears from the Complaint that although Terry McDaniel is named as a Defendant, no claim is asserted against him.

---

[1] Inexplicably, it appears that Plaintiff Terry McDaniel and Defendant Terry McDaniel are one and the same person.

Accordingly, a telephonic show-cause hearing will be held on **June 18, 2014, at 1:30 p.m.** At the hearing, Plaintiffs shall show cause why Defendant Terry McDaniel should not be dismissed. To connect to the proceedings, the parties shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**