IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY MCDANIEL and
VANESSA COWAN,

    Plaintiffs,

v.                                          No. CIV 14-511 JB/SCY

FRANCISCO JAVIER MENDEZ LOYA
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

    Defendants.

### ORDER GRANTING SUMMARY JUDGMENT DISMISSING CLAIMS AGAINST DEFENDANT FRANCISCO JAVIER MENDEZ LOYA

Be it remembered that on the 24th day of February, 2015, came on to be considered the Motion for Summary Judgment of Defendant FRANCISCO JAVIER MENDEZ LOYA d/b/a TRANSLOGISTICA MENLO, when came the parties, for hearing on the Motion for Summary Judgment of said Defendant, and the Court, noting that there has been no written opposition filed in response to said Motion, and the parties agreeing that the following Order may be entered,

It is, therefore, ORDERED, ADJUDGED and DECREED that any cause of action asserted against Defendant FRANCISCO JAVIER MENDEZ LOYA d/b/a TRANSLOGISTICA MENLO, by the Plaintiffs or any party hereto, be, and the same is hereby dismissed, and said Defendant is hereby granted summary judgment that Plaintiffs take nothing against FRANCISCO JAVIER MENDEZ LOYA and that he go hence, without day, but subject to his Cross Claim and Amended Third Party Complaint Against Defendant ARMANDO GAYTAN SAUCEDO for damages for imposture and misappropriation of the identity of Defendant

FRANCISCO JAVIER MENDEZ LOYA and his USDOT number identification, which Cross Claim and Amended Third Party Complaint is hereby preserved for further proceeding herein.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

//s// Richard J. Valle/email approval
Richard J. Valle
Attorney for Plaintiff Vanessa Cowan

//s// Seth J. Sparks/email approval
Seth J. Sparks
Attorney for Defendant Red Rock Risk Retention Group Inc.

//s// Bruce E. Thompson/email approval
Bruce E. Thompson
Attorney for Plaintiff Terry McDaniel

//s// Colbert N. Coldwell
Colbert N. Coldwell
Attorney for Defendant Francisco Javier Mendez Loya