IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRY MCDANIEL and
VANESSA COWAN,

    Plaintiffs,

v.                                                                                    1:14-cv-00511 JB/SCY

FRANCISCO JAVIER MENDEZ LOYA,
d/b/a TRANSLOGISTICA MENLO,
ARMANDO GAYTAN SAUCEDO,
RED ROCK RISK RETENTION GROUP, INC.,
TERRY MCDANIEL,

    Defendants.

_____

FRANCISO JAVIER MENDEZ LOYA
d/b/a    TRANSLOGISTICA MENLO,
    Third Party Plaintiff

v.

ARMANDO GAYTAN SAUCEDO,
    Third Party Defendant

## CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that Plaintiff Terry McDaniel's Offer of Settlement to Defendant Red Risk Retention Group, together with a copy of this Certificate of Service, were mailed to Seth Sparks, Krystal A. Thomas, and Shannon M. Sherrell, P.O. Box 1888, Albuquerque, NM, 87103, this 9th day of September, 2015.

Respectfully submitted,

**MARTINEZ, HART & THOMPSON, P.C.**

/s/ Bruce E. Thompson
Bruce E. Thompson
Attorney for Plaintiff
1801 Rio Grande NW
Albuquerque, New Mexico 87104
(505) 343-1776
(505) 344-7709 – FAX
brucet@osolawfirm.com