IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY MCDANIEL and VANESSA
COWAN,

      Plaintiffs,

vs.                                                    No. CIV 14-0511 JB/SCY

FRANCISCO JAVIER MENDEZ LOYA d/b/a
TRANSLOGISTICA MENLO, ARMANDO
GAYTAN SAUCEDO, RED ROCK RISK
RETENTION GROUP, INC., and TERRY
MCDANIEL,

      Defendants.

## **FINAL JUDGMENT**

THIS MATTER comes before the Court on: (i) the Stipulation of Dismissal, filed November 11, 2015 (Doc. 78)("Stipulation"); (ii) the Order Granting Summary Judgment Dismissing Claims Against Defendant Francisco Javier Mendez Loya, filed April 14, 2015 (Doc. 59)("Order"); and (iii) the Default Judgment on Third Party Petition, filed June 25, 2015 (Doc. 64)("Default Judgment").  In the Order, the Court dismissed Defendant Francisco Javier Mendez Loya from the case.  See Order at 1.  Defendant Armando Gaytan Saucedo never appeared in this matter, so the Court entered a default judgment pursuant to rule 55(a) of the Federal Rules of Civil Procedure.  See Default Judgment at 1-2.  On November 11, 2015, Plaintiffs Terry McDaniel and Vanessa Cowan, and Defendant Red Rock Risk Retention Group, Inc., stipulated and agreed pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the Plaintiffs' "cause of action should be dismissed in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees."  Stipulation at 1.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed.

- 2 -

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Bruce E. Thompson
Martinez, Hart & Thompson, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff Terry McDaniel*

Richard J. Valle
Criostoir O'Cleireachain
Andrea D. Harris
Carter & Valle Law Firm
Albuquerque, New Mexico

    *Attorneys for Plaintiff Vanessa Cowan*

Colbert N. Coldwell
Guevara, Bauman, Coldwell & Reedman, LLP
El Paso, Texas

    *Attorneys for Defendant Francisco Javier Mendez Loya*

Armando Gaytan Saucedo
Anthony, New Mexico

    *Defendant pro se*

Seth Sparks
Krystle A. Thomas
Shannon Sherrell
Rodey, Dickson, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

    *Attorneys for Defendant Red Rock Risk Retention Group, Inc.*